GREENBERG TRAURIG, LLP
James M. Mattesich (SBN 54069)
Email: *Mattesichj@gtlaw.com*
Angela L. Diesch (SBN 256253)
Email: *Diescha@gtlaw.com*
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: 916-442-1111
Facsimile: 916-448-1709

Attorneys for Defendant
KISS MY FACE, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MATTHEW DRONKERS, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

KISS MY FACE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusively,

Defendants.

Case No. 12-CV-1151-JAH-WMC

Assigned for all purposes to John A. Houston

**KISS MY FACE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

[*Filed concurrently with: Memorandum of Points and Authorities in Support Thereof; [Proposed] Order Granting Kiss My Face's Motion to Dismiss; Request for Judicial Notice In Support of Motion to Dismiss; Declaration of Angela L. Diesch; and [Proposed] Order Granting Request for Judicial Notice.*]

Date: August 20, 2012
Time: 2:30 P.M.
Courtroom: Department 11
Action Filed: May 10, 2012

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2012 at 9:30 AM, or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-entitled Court, located at 940 Front Street, San Diego, CA 92101, Defendant Kiss My Face, LLC ("Kiss My Face") will and hereby does move the Court for an order dismissing this action pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

The Motion is made on the grounds that: (a) Plaintiff's claims are preempted by the Organic Food Production Act of 1990 and its implementing regulations, the National Organic Program; (b) the Court should dismiss the action under the primary jurisdiction doctrine; and (c) based on the judicially noticeable facts and other facts referenced in Plaintiff's Complaint ("Complaint"), Plaintiff has not stated and cannot state any claim for relief because he seeks to impose the National Organic Program standards on cosmetic products through his false advertising, unfair competition, and Consumer Legal Remedies Act claims before the United States Department of Agriculture has acted on the very same questions invoked by Plaintiff's allegations; (d) Plaintiff's Complaint is entirely devoid of factual support for the conclusory statements made in the Complaint; and (e) Plaintiff fails to state a claim under any prong of Business and Professions Code Section 17200.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, all pleadings and files in this matter, all matters of which this Court may take judicial notice, and upon such further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

DATED: July 9, 2012

GREENBERG TRAURIG, LLP

By: */s/ Angela Diesch*
Angela L. Diesch
Attorneys for Defendant Kiss My Face, LLC

GREENBERG TRAURIG, LLP
James M. Mattesich (SBN 54069)
Email: *Mattesichj@gtlaw.com*
Angela L. Diesch (SBN 256253)
Email: *Diescha@gtlaw.com*
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: 916-442-1111
Facsimile: 916-448-1709

Attorneys for Defendant
KISS MY FACE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW DRONKERS, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

KISS MY FACE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusively,

Defendants.

Case No. 12-CV-1151-JAH-WMC

Assigned for all purposes to John A. Houston

**DECLARATION OF SERVICE**

Hearing
Date: August 20, 2012
Time: 2:30 P.M.
Courtroom: 11
Action Filed: May 10, 2012

***MATHEW DRONKERS, et al. v. KISS MY FACE, LLC, et al.***
U.S.D.C., Central District of California Case No. 12-CV-1151-JAH-WMC

**DECLARATION OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**KISS MY FACE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KISS MY FACE LLC'S MOTION TO DISMISS COMPLAINT**

**PROPOSED ORDER GRANTING DEFENDANT KISS MY FACE, LLC'S MOTION TO DISMISS**

**KISS MY FACE LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

**PROPOSED ORDER GRANTING DEFENDANT KISS MY FACE, LLC'S REQUEST FOR JUDICIAL NOTICE**

☒ **BY ELECTRONIC SERVICE.** I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Website addressed to:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2012 at Sacramento, California.

*/s/ Angela L. Diesch*
**Angela L. Diesch**

## SERVICE LIST

| | |
|---|---|
| **Michael L. Kelly**<br>Kirtland & Packard, LLP<br>2041 Rosecrans Avenue<br>Third Floor<br>El Segundo, CA 90245<br>(310) 536-1000<br>Fax: (310) 536-1001<br>Email: mlk@kirtlandpackard.com | Attorneys for MATHEW DRONKERS, on behalf of herself and others similarly situated |
| **Heather M. Peterson**<br>Kirtland & Packard, LLP<br>2041 Roscrans Avenue<br>Third Floor<br>El Segundo, CA 90245<br>(310) 536-1000<br>Fax: (310) 536 1001<br>Email: hmp@kirtlandpackard.com | Attorneys for MATHEW DRONKERS, on behalf of herself and others similarly situated |
| **Erika Gasaway**<br>Bingham McCutchen LLP<br>1117 S California Avenue<br>Palo Alto, CA 94304-1106<br>650-849-4400<br>Fax: 650-849-4800<br>Email: erika.gasaway@bingham.com | Attorneys for KISS MY FACE, LLC |