Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Baker - State Bar No. 261303
hmb@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all
others similarly situated*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DRONKERS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KISS MY FACE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-01151-JAH-WMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE EARLY NEUTRAL EVALUATION** |

02330-00001  161364.01

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

Please take notice that the parties reached an agreement to settle this case. The parties will file a dismissal of this action once the terms of the settlement agreement are finalized, which the parties in goof faith believe will occur within the next 60 days.

Given the settlement, the parties respectfully request that the Court vacate the Early Neutral Evaluation presently set for November 19, 2013, 2:00 pm before Magistrate Judge William McCurine Jr.

RESPECTFULLY SUBMITTED,

DATED: November 7, 2013

**KIRTLAND & PACKARD LLP**
Michael Louis Kelly
Behram V. Parekh
Heather M. Baker

By: /s/ Heather M. Baker
HEATHER M. BAKER

*Counsel for Plaintiff and all others similarly situated*